UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGION 3 and 9
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
Fax: (215) 597-5795

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   JOSEPH M. KNAPP | Chapter 7 |
| Debtor. | Case No.: 23-11764-pmm |

## APPOINTMENT OF SUCCESSOR TRUSTEE

Robert W. Seitzer, Esq., of Philadelphia, Pennsylvania, is hereby appointed, pursuant to 11 U.S.C. §703, as the successor chapter 7 trustee in the above referenced case.

Dated: August 2, 2024

          ANDREW R. VARA
          UNITED STATES TRUSTEE
          REGIONS 3 and 9

By:   */s/ Frederic J. Baker*
      Frederic J. Baker
      Assistant United States Trustee